UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § VS. § § 1.5737 ACRES OF LAND, MORE OR § LESS, SITUATED IN WEBB § COUNTY, STATE OF TEXAS; AND § ESTATE OF HERMINIA O. PEREZ, § § Defendants. § | CIVIL ACTION NO. 5:20-CV-38 |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal and Agreement to Disburse Funds (Dkt. No. 7). Rule 71.1(i)(1)(B) authorizes parties to dismiss an action for eminent domain without a court order by filing a joint stipulation of dismissal, provided the Court has not entered judgment vesting the plaintiff with an interest in the property. Here, the Court has not entered judgment, and both parties have signed the joint stipulation. The case is therefore **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 71.1(i)(3).

Pursuant to the Parties' agreement to disburse funds (Dkt. No. 7 at 2), the Clerk of Court is **DIRECTED** to disburse the sum remaining in the Registry of the Court, *i.e.* one hundred dollars ($100.00) plus any accrued interest. A check should be made payable to "F&A Officer, USAED, Fort Worth" and should reference "Tract No. LRT-LRN-1034." (*see* Dkt. No. 7 at 2).

The Clerk is further **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** May 19, 2020.

*Marina Garcia Marmolejo*
Marina Garcia Marmolejo
United States District Judge

